**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Herbert Jackson, ) | No. CV-04-2128-PHX-FJM |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Dora B. Schriro, et al., ) | |
| Respondents. ) | |

The court has before it the petition for writ of habeas corpus (doc. 1), the answer (doc. 13), the reply (doc. 21), the United States Magistrate Judge's Report and Recommendation (doc. 24), and the petitioner's objection thereto (doc. 25). Respondents did not respond to the objection. Rule 8(b), Rules Governing § 2254 Cases; 28 U.S.C. § 636; and the Report and Recommendation all permit a party to file objections to the Report and Recommendation, but none provide for a response thereto. Rule 72(b), Fed. R. Civ. P., however, permits a party to respond to an objection within 10 days of its service. At all events, a response would be helpful here. Rather than object to the Report and Recommendation's analysis or conclusions, petitioner seeks to supplement his petition with factual allegations. **IT IS ORDERED** that respondents shall, by July 28, 2006, file with the court a response addressing the substance of petitioner's factual allegations, and the propriety of setting forth those allegations at this late stage.

DATED this 19th day of July, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge