**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| James Jackson,<br><br>            Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>            Defendant. | No. CV-04-2128-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's petition for writ of habeas corpus (doc. 1), respondent's answer (doc.13), petitioner's reply (doc. 21), the report and recommendation of the United States Magistrate Judge (doc. 37) and petitioner's "Motion to Withdraw" (doc. 40). Petitioner has failed to file objections to the report and recommendation, and the time for filing them has expired. Therefore, we adopt the Magistrate Judge's recommendation in full. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (interpreting 28 U.S.C. § 636 (b)(1)(C)). Because we adopt the Magistrate Judge's recommendation that the petition be denied, we also deny petitioner's "Motion to Withdraw" on grounds of mootness.

Accordingly, **IT IS ORDERED DENYING** the petition for writ of habeas corpus (doc. 1) and **IT IS FURTHER ORDERED DENYING** petitioner's "Motion to Withdraw" (doc. 40).

DATED this 5th day of April, 2007.

Frederick J. Martone
United States District Judge